UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA          CRIMINAL NO. 15-CR-00234-01/02

VERSUS                            JUDGE FOOTE

DAVID DIAZ, JR. and               MAGISTRATE JUDGE HORNSBY
EZEQUIEL LANDAVERDE-CASTILLO

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motions to Suppress (Docs. 48 & 51) are **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 24th day of August, 2016.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE